IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALLEN G. SAOUD,<br><br>    Defendant. | Criminal No.: 1:12CR113<br>Hon. Irene M. Keeley |

### NOTICE OF APPEAL

COMES NOW Defendant, Allen G. Saoud, by counsel, and pursuant to Rule 32 of the Federal Rules of Criminal Procedure, provides this notice of appeal to the United States Court of Appeals for the Fourth Circuit from the *Judgment in a Criminal Case* [Document #170] entered in this action on April 1, 2014, *Order Denying Defendant's Motion for Acquittal or for New Trial* [Document #162] entered in this action on January 17, 2014, and *Preliminary Order of Forfeiture* [Document #168] entered in this action on March 25, 2014 .

          **ALLEN G. SAOUD**,
          Defendant,

          By:  /s/*Robert G. McCoid*
          Robert G. McCoid, Esq.
          West Virginia Bar I.D. No. 6714
          **McCAMIC, SACCO**
          **& McCOID, P.L.L.C.**
          56-58 Fourteenth Street
          Post Office Box 151
          Wheeling, WV  26003
          (304) 232-6750
          (304) 232-3548 (telefax)
          rmccoid@mspmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April 2014, I electronically filed this *Notice of Appeal* with the Clerk of Court using the CM/ECF system which will then send notification of such filing to the following:

Andrew R. Cogar
Assistant United States Attorney
320 W. Pike St., Suite 300
Clarksburg, WV 26302
andy.cogar@usdoj.gov

By: /s/*Robert G. McCoid*
Of Counsel